AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE KEVIN S. BENNETT TRUST U/A
THE TRUST AGREEMENT DATED
AUGUST 2, 1989

SUMMONS IN A CIVIL CASE

V.

ROBERT S. BENNETT, as Trustee for the
BETTY KOPLAR BENNETT TRUST
AGREEMENT DATED MAY 13, 1992

Case: 1:07-cv-01519
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/24/2007
Description: Contract

TO: (Name and address of Defendant)

Robert S. Bennett
793 Harbour Isles Place
North Palm Beach, FL 33410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen V. Farber, Esq.
Brian A. Coleman, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 2 4 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 08-28-07 @ 1:45 pm |
|---|---|
| NAME OF SERVER (PRINT) Eric M. Simon | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where   440 Royal Palm Way, Suite 300
Palm Beach, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   8/28/07
Date

Signature of Server   ERIC M SIMON #1117 PSCPS

Address of Server   Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

* Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files, Complaint for Declaratory Judgment and Injuncitve Relief

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure