IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEVIN S. BENNETT TRUST U/A DATED AUGUST 2, 1989, et al., </br></br>    Plaintiffs / Counterclaim Defendants, </br></br>v. </br></br>ROBERT S. BENNETT, as Trustee for the BETTY KOPLAR BENNETT TRUST AGREEMENT DATED MAY 13, 1992, </br></br>    Defendant / Counterclaimant. | )</br>)</br>)</br>)</br>)</br>)</br>)   Civ. No. 1:07-cv-01519 (CKK)</br>)</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of Record:

Please enter the appearance of Allen V. Farber as additional counsel in this case for all Plaintiffs and all Counterclaim Defendants.

Dated: November 2, 2007

                        Respectfully submitted,

                        DRINKER BIDDLE & REATH LLP

                        By: /s/ Allen V. Farber
                            Allen V. Farber (D.C. Bar No. 912865)
                            Brian A. Coleman (D.C. Bar No. 459201)
                            1500 K Street, N.W., Suite 1100
                            Washington, D.C. 20005
                            (202) 842-8800 Telephone
                            (202) 842-8465  Facsimile
                            allen.farber@dbr.com
                            brian.coleman@dbr.com

                        *Counsel for Plaintiffs / Counterclaim Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Court through the ECF system on the 2nd day of November, 2007, and that service will be made electronically by the Court's system to Robert A. Van Kirk, counsel for Defendant and Counterclaimant.

/s/  Allen V. Farber