UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEVIN S. BENNETT TRUST U/A DATED AUGUST 2, 1989, *et al.*,<br><br>  Plaintiffs / Counterclaim Defendants,<br><br>  v.<br><br>ROBERT S. BENNETT, as Trustee for the BETTY KOPLAR BENNETT TRUST AGREEMENT DATED MAY 13, 1992,<br><br>  Defendant / Counterclaim Plaintiff. | Civil Action No. 07-1519 (CKK) |

### ORDER
(June 19, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 19th day of June, 2008, hereby

**ORDERED** that Plaintiffs' [5] Motion to Dismiss Defendant's counterclaim is GRANTED; it is further

**ORDERED** that the Court shall hold an Initial Scheduling Conference on July 10, 2008, at 11:45 A.M. in Courtroom 28A; and it is further

**ORDERED** that the Parties shall submit their Rule 16.3 Report no later than July 3, 2008.

    **SO ORDERED.**

                                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge