IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEVIN S. BENNETT TRUST U/A<br>DATED AUGUST 2, 1989, et al.,<br><br>    Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>ROBERT S. BENNETT, as Trustee for the<br>BETTY KOPLAR BENNETT TRUST<br>AGREEMENT DATED MAY 13, 1992,<br><br>    Defendant / Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:07-cv-01519 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE AND EXTEND DEADLINE TO SUBMIT RULE 16.3 REPORT

Plaintiffs / Counterclaim Defendants and Defendant / Counterclaimants hereby jointly request that this Court reschedule the Initial Scheduling Conference currently set for July 10, 2008 at 10:45 a.m. to August 8, 2008 at 10:00 a.m., and extend the deadline to submit the parties' Rule 16.3 Report from its current July 3, 2008 to August 1, 2008.

The parties make this request because they are in the midst of settlement negotiations which have progressed to the point that the parties believe a final resolution is likely. The proposed resolution also would result in the conclusion of certain related litigation, including the matter of *LuAnn L. Bennett v. Robert S. Bennett as Trustee for the Betty Koplar Bennett Trust Agreement Dated May 13, 1992*, Civil Action No. 07-2251, also pending before this Court. In view of this anticipated resolution, and being mutually desirous of avoiding unnecessary expenditure of the parties' and the Court's resources, the parties request the foregoing relief to enable adequate time to complete negotiations and reduce the agreement to writing.

Accordingly, the parties respectfully request that the Court alter the deadlines set forth in the Court's June 19, 2008 Order, such that the Initial Scheduling Conference take place on

August 8, 2008 at 10:00 a.m. and the parties' joint Rule 16.3 Report be submitted no later that August 1, 2008.

Respectfully submitted,

By: /s/ Brian A. Coleman
    Allen V. Farber (D.C. Bar No. 912865)
    Brian A. Coleman (D.C. Bar No. 459201)
    DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005
    (202) 842-8800

*Counsel for Plaintiffs / Counterclaim Defendants*

By: /s/
    Robert A. Van Kirk (D.C. Bar No. 430588)
    WILLIAMS & CONNOLLY LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005
    Telephone: (202) 434-5000

*Counsel for Defendant / Counterclaimant*

Dated: July 3, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2008, a copy of the above and foregoing **Joint Motion to Reschedule Initial Scheduling Conference and Extend Deadline to Submit Rule 16.3 Report** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian A. Coleman
Brian A. Coleman


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE KEVIN S. BENNETT TRUST U/A DATED AUGUST 2, 1989, et al.,<br><br>    Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>ROBERT S. BENNETT, as Trustee for the BETTY KOPLAR BENNETT TRUST AGREEMENT DATED MAY 13, 1992,<br><br>    Defendant / Counterclaimant. | Civ. No. 1:07-cv-01519 (CKK) |

## ORDER

Upon consideration of the Joint Motion to Reschedule Initial Scheduling Conference and Extend Deadline to Submit Rule 16.3 Report, it is hereby

**ORDERED** that said Motion is **GRANTED**, and it is further

**ORDERED** and that the Initial Scheduling Conference shall take place on August 8, 2008 at 10:00 a.m.; and it is further

**ORDERED** with the parties shall submit their Rule 16.3 Report no later than August 1, 2008.

Entered this ____ day of _____, 2008.

_____
United States District Judge